54 F.3d 769
 John P. Moscony
v.
Federal Bureau of Investigation, Federal Bureau of Prisons,
Patricia Williams, M.D., Nina Spadara, Psychologist, Dennis
P. Becotte, Ph.D., A. Blanco, Health Services Administrator,
Kevin J. O'Brien, FBI Chief of FOIA Section, Office of U.S.
Attorney General, U.S. Marshal Service
 NO. 95-5038
 United States Court of Appeals,
Third Circuit.
 Apr 17, 1995
 
 Appeal From: D.N.J., No. 93-cv-02064,
 Rodriguez, J.
 
 
 1
 AFFIRMED.